# United States Court of Appeals
## For the First Circuit

No. 19-1127

ANIBAL DEL-VALLE-HIRALDO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Howard, Chief Judge,
Thompson and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: April 30, 2019

Petitioner Anibal Del Valle-Hiraldo seeks a certificate of appealability ("COA") as to the district court's denial of his motion pursuant to 28 U.S.C. § 2255. The court has carefully reviewed the district court's decision, relevant portions of the record, and the arguments and claims set out in petitioner's COA application that were actually pursued before the district court and sufficiently developed before this court. We conclude that the district court's resolution of the § 2255 motion was neither debatable nor wrong, see Slack v. McDaniel, 529 U.S. 473, 484 (2000); see also Strickland v. Washington, 466 U.S. 668, 688, 694 (1984) (ineffective assistance of counsel standard), and that petitioner has failed to make "a substantial showing of the denial of a constitutional right," as required by 28 U.S.C. § 2253(c)(2).

Accordingly, the application for a COA is denied. This appeal is hereby terminated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Anibal Del-Valle-Hiraldo
Mariana E. Bauza Almonte