# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 7, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Anibal Del Valle-Hiraldo
  v. United States
  No. 18-9529
  (Your No. 19-1127)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk